**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 132 EAL 2022

                Respondent          :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

          v.                     :

                               :

LESLIE ELLIS,                     :

                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.